# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

| JAMES ROBINSON | : | CIVIL ACTION NO. 3:CV-18-0462 |
|---|---|---|
| **Plaintiff** | : | |
| v. | : | (Judge Munley) |
| **JOHN E. WETZEL**, *et al*, | : | |
| **Defendants** | : | |

## ORDER

**AND NOW, THIS 16th DAY OF JANUARY 2020,** for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. Defendant's motion for summary judgment (Doc. 16) is **GRANTED**. Judgment is hereby entered in favor of Defendants Kauffman and Sipple and against the Plaintiff.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal taken from this order will be deemed frivolous, without probable cause, and not taken in good faith. *See* 28 U.S.C. §1915(a)(3).

> **BY THE COURT:**
>
> **s/James M. Munley**
> **JUDGE JAMES M. MUNLEY**
> **United States District Judge**